

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00424-CV

**2 FAT GUYS INVESTMENTS, INC.**,
Appellant

v.

**KATZER LAWN AND TREE SERVICE, LLC**,
Appellee

From the 498th District Court, Kendall County, Texas
Trial Court No. 19-593
Honorable Merry Katherine McDaniel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 17, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant 2 Fat Guys Investments, Inc. has filed an unopposed motion to dismiss this appeal, indicating that the parties have resolved all issues forming the basis of this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Because there is no indication of an agreement to the contrary, costs are taxed against appellant. *See id*. R. 42.1(d).

PER CURIAM